

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2014

No. 04-13-00815-CV

**IN THE ESTATE OF ALVIDA MAE AGUILAR**,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2012-PC-2802
Honorable Tom Rickhoff, Judge Presiding

## O R D E R

    The Appellant's Unopposed Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on March 13, 2014.

_____
Sandee Bryan Marion, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court